UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br>　　　　Plaintiff,<br>　　v.<br>ROIC PINOLE VISTA, LLC, et al.,<br>　　　　Defendants. | Case No. 15-cv-03447-MEJ<br><br>**ORDER RE: DEFENDANT SATINDEF PAHWA'S DEFAULT**<br><br>Re: Dkt. No. 39 |

　　　　On October 28, 2015, the Clerk of Court entered default against Defendant Satinder Pahwa, an individual dba Subway #28855 aka Subway Sandwiches & Salads. Dkt. No. 39. However, Ms. Pahwa has now filed a letter stating that, other than the notice of entry of default, she has not received any information about this case. Dkt. No. 41. Ms. Pahwa also states she been out of the country in India and just returned on November 25, 2015. *Id.*

　　　　The Court construes Ms. Pahwa's letter as a request to set aside default pursuant to Federal Rule of Civil Procedure 55(c), and finds that good cause likely exists to set aside default based on her representations. However, any request to set aside default must be in the form of a noticed motion pursuant to Civil Local Rule 7. Accordingly, the Court ORDERS Plaintiff John Rodgers to meet and confer with Ms. Pahwa to determine whether they can reach an agreement to set aside default and allow Ms. Pahwa to appear in this case. If so, the parties shall file a stipulation. If the parties are unable to reach an agreement, Ms. Pahwa must file a motion to set aside default pursuant to Federal Rule of Civil Procedure 55(c) and Civil Local Rule 7.

　　　　As it appears Ms. Pahwa is not represented by counsel, the Court advises her that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling 415-782-8982, or by signing up for an appointment on the 15th Floor of the Federal Courthouse in San Francisco, 450 Golden Gate Avenue, San Francisco, California. At the

1  Legal Help Center, you will be able to speak with an attorney who may be able to provide basic
2  legal help but not representation.  More information is available online at:
3  http://cand.uscourts.gov/helpcentersf.
4      Ms. Pahwa may also wish to obtain a copy of the district court's *Handbook for Litigants*
5  *Without a Lawyer*.  It provides instructions on how to proceed at every stage of a case, including
6  discovery, motions, and trial.  The handbook is available in person at the Clerk's Office and online
7  at: http://cand.uscourts.gov/prosehandbook.
8      **IT IS SO ORDERED.**

10  Dated: December 9, 2015

                                                   _____
                                                 MARIA-ELENA JAMES
                                                 United States Magistrate Judge

*(Left margin: United States District Court / Northern District of California)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

    Plaintiff,

    v.

ROIC PINOLE VISTA, LLC, et al.,

    Defendants.

Case No. 15-cv-03447-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 9, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Satinder Pahwa
Subway
1502 Fitzgerald Dr.
Pinole CA 94564


Dated: December 9, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES