1  LAW OFFICE OF IRENE KARBELASHVILI
   IRENE KARBELASHVILI (SBN 232223)
2  IRAKLI KARBELASHVILI (SBN 302971)
   12 South First Street, Suite 413
3  San Jose, California  95113
   Telephone:  (408) 295-0137
4  Facsimile:   (408) 295-0142

5  Attorneys for Plaintiff
   JOHN RODGERS
6
   JACKSON LEWIS P.C.
7  CAROLYN G. BURNETTE (SBN 191294)
   NATHAN W. AUSTIN (SBN 219672)
8  801 K Street, Suite 2300
   Sacramento, California  95814
9  Telephone:  (916) 341-0404
   Facsimile:   (916) 341-0141
10 Email:  *BurnetteC@JacksonLewis.com*
   Email:  *AustinN@JacksonLewis.com*
11
   Attorneys for Defendants
12 KMART CORPORATION, a Michigan corporation
   and SEARS HOLDINGS CORPORATION
13 erroneously sued as SEARS HOLDING
   COMPANY, a Delaware corporation
14

*[Stamp: GRANTED — Judge Maria-Elena James — United States District Court, Northern District of California]*

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                     OAKLAND DIVISION

18 | JOHN RODGERS,                                | Case No.  3:15-CV-03447-MEJ
19 |        Plaintiff,                            | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**
20 |    v.                                        |
21 | ROIC PINOLE VISTA, LLC, A Delaware           | Complaint Filed:  July 27, 2015
   | limited liability company; KMART             | Trial Date:           None Set
22 | CORPORATION, a Michigan corporation and
   | SEARS HOLDING COMPANY, a Delaware
23 | corporation, collectively d/b/a KMART;
   | STARBUCKS CORPORATION, a
24 | Washington corporation, d/b/a STARBUCKS
   | COFFEE #5260; EINSTEIN NOAH
25 | RESTAURANT GROUP, INC., a Delaware
   | corporation, d/b/a NOAH'S NEW YORK
26 | BAGELS a/k/a NOAH'S BAGELS;
   | HOMETOWN BUFFET, INC., a Minnesota
27 | corporation, d/b/a HOMETOWN BUFFET;
   | BIG 5 CORP., a Delaware corporation, d/b/a
28

---

1                                                                Case No. 4:15-CV-03447
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | BIG 5 SPORTING GOODS; SATINDEF PAHWA, an individual, d/b/a SUBWAY #28855 a/k/a SUBWAY SANDWICHES & SALADS; NEW OHANA, INC., d/b/a OHANA HAWAIIAN BARBECUE and DOES 1-30 inclusive, |
| | Defendants. |

The parties to this action reached a full and final settlement. The settlement provides for injunctive relief; the payment to Plaintiff and his counsel specified in the executed Settlement Agreement; and the dismissal of this action with prejudice with each side to bear his/its own costs.

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear his/its own costs and attorneys' fees except to the extent otherwise provided by the parties' Settlement Agreement.

Dated: December 30, 2015      LAW OFFICE OF IRENE KARBELASHVILI

By:  */s/ Irakli Karbelashvili*
Irene Karbelashvili
Irakli Karbelashvili

Attorneys for Plaintiff
JOHN RODGERS

I, Carolyn G. Burnette, am the ECF user whose identification and password are being used to file this Stipulation for Dismissal of Action with Prejudice. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's Counsel, Irene Karbelashvili, concurs in this filing.

Dated: December 30, 2015      JACKSON LEWIS P.C.

By:  */s/ Carolyn Burnette*
Carolyn G. Burnette
Nathan W. Austin

Attorneys for Defendants
KMART CORPORATION, a Michigan corporation
and SEARS HOLDINGS CORPORATION
erroneously sued as SEARS HOLDING
COMPANY, a Delaware corporation