| | |
|---|---|
| 1 | LAW OFFICE OF IRENE KARBELASHVILI |
| 2 | IRENE KARBELASHVILI (SBN 232223)<br>IRAKLI KARBELASHVILI (SBN 302971) |
| 3 | 12 South First Street, Suite 413<br>San Jose, California 95113 |
| 4 | Telephone: (408) 295-0137<br>Facsimile: (408) 295-0142 |

Attorneys for Plaintiff
JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>   Plaintiff,<br><br>   v.<br><br>ROIC PINOLE VISTA, LLC, A Delaware limited liability company, et al.<br><br>   Defendants. | Case No. 3:15-CV-03447-MEJ<br><br>*Civil Rights*<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST DEFENDANT NEW OHANA, INC., d/b/a OHANA HAWAIIAN BARBECUE AND RESERVATION OF RIGHTS AGAINST CO-DEFENDANTS**<br><br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]**<br><br>Complaint Filed: July 27, 2015<br>Trial Date:      None Set |

**STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JOHN RODGERS ("Plaintiff") and Defendant NEW OHANA, INC., d/b/a OHANA HAWAIIAN BARBECUE ("Defendant"), by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complicated in the above-entitled action shall be dismissed with prejudice against Defendant.

1   Case No. 4:15-CV-03447

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST DEFENDANT NEW OHANA, INC., d/b/a OHANA HAWAIIAN BARBECUE AND RESERVATION OF RIGHTS AGAINST CO-DEFENDANTS**

2. The Court will Retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE IN FULL signed by both parties and approved by their respective attorneys.
3. All parties shall bear their own costs and fees in the action.
4. Plaintiff reserves his rights against co-defendants

**IT IS SO STIPULATED**

Dated: January 4, 2016                           */s/ Irene Karbelashvili*
                                                 By: Irene Karbelashvili
                                                 Attorney for Plaintiff
                                                 JOHN RODGERS

Dated: January 4, 2016                           */s/ Bruce Neilson*
                                                 By: Bruce Neilson
                                                 Attorney for Defendant
                                                 Defendant NEW OHANA, INC.,

Pursuant to Local Rule 5-1, I attest under penalty of perjury that concurrence of the filing of this document has been obtained from its signatory.

Dated: January 4, 2016                           /s/ Irene Karbelashvili
                                                 Irene Karbelashvili

## [PROPOSED] ORDER

Having reviewed the above Stipulation for Dismissal with Prejudice by Plaintiff JOHN RODGERS on the one hand ("Plaintiff") and Defendant NEW OHANA, INC., d/b/a OHANA HAWAIIAN BARBECUE ("Defendant") on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against Defendant.

2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE IN FULL signed by both parties and approved by their respective attorneys.

3. Each Party shall bear his own costs and fees in this action.

4. Plaintiff reserves his rights against Co-Defendants.

Dated: January 5, 2016

_____
Honorable Maria-Elena James
United States Magistrate Judge