1  LAW OFFICE OF IRENE KARBELASHVILI
   IRENE KARBELASHVILI (SBN 232223)
2  IRAKLI KARBELASHVILI (SBN 302971)
   12 South First Street, Suite 413
3  San Jose, California  95113
   Telephone:  (408) 295-0137
4  Facsimile:   (408) 295-0142

5  Attorneys for Plaintiff
   JOHN RODGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROIC PINOLE VISTA, LLC, A Delaware limited liability company; STARBUCKS CORPORATION, a Washington corporation, d/b/a STARBUCKS COFFEE #5260; EINSTEIN NOAH RESTAURANT GROUP, INC., a Delaware corporation, d/b/a NOAH'S NEW YORK BAGELS a/k/a NOAH'S BAGELS; HOMETOWN BUFFET, INC., a Minnesota corporation, d/b/a HOMETOWN BUFFET; SATINDEF PAHWA, an individual, d/b/a SUBWAY #28855 a/k/a SUBWAY SANDWICHES & SALADS; and DOES 1-30 inclusive,<br><br>　　　　Defendants. | Case No. 4:15-CV-03447-PJH<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF AGAINST ALL DEFENDANTS; AND [P~~ROPOSED~~] ORDER**<br><br>Complaint Filed: July27, 2015<br>Trial Date:　　None Set |

Pursuant to FRCP 41(a)(2) Plaintiff JOHN RODGERS ("Plaintiff") requests that this action be dismissed without prejudice against all Defendants. Plaintiff files this request due to the bankruptcy stay that continues to be in effect. The Court in its September 19, 2016 Order already indicated that Plaintiff may dismiss the entire case.

Dated: September 28, 2016      By:   */s/ Irene Karbelashvili*
                                     Irene Karbelashvili

                               Attorneys for Plaintiff
                               JOHN RODGERS

## [PROPOSED] ORDER

Having reviewed Plaintiff's request and for good cause shown, IT IS HEREBY ORDERED that this case be dismissed in its entirety <u>without</u> prejudice. The Court Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 29, 2016

_____
United States District Judge

*Judge Phyllis J. Hamilton*